# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2204
Lower Tribunal No. 21-CA-001111

_____

MIKA COATES and NUZHAT COATES,

Appellants,

v.

ANTHONY SPOTO and SHARON SPOTO,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.


Christian W. Waugh, and Mary A. Norberg, of Waugh, PLLC, Orlando, for Appellants.

Trisha L. Ryan, of Lusk, Drasites & Tolisano, P.A., Cape Coral, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED